State v. Hicks.

THE STATE, Appellant, v. B. W. HICKS, Alias WILLIAM REILY.

Division Two, February 26, 1901.

Indictment: APPEAL: NO BILL OF EXCEPTIONS. Where an appeal has been taken from an order sustaining a motion to quash an indictment, but no bill of exceptions is filed, the appeal will be dismissed.

Appeal from Greene Criminal Court.—*Hon. C. B. McAfee,* Judge.

APPEAL DISMISSED.

*Edward C. Crow,* Attorney-General for the State.

*G. D. Clark* and *J. H. Duncan* for respondent.

SHERWOOD, P. J.—There are no statements or briefs, etc., on either side in this case.

The indictment, supposedly framed under section 1892, Revised Statutes 1899, held bad, and quashed on motion of defendant.   State appeals, but there is no bill of exceptions, and so the motion to quash has not been preserved.   The only repository known to the law for preserving matters of exception, is by a bill for that purpose.   [State v. Wear, 145 Mo. loc. cit. 204, 205, and cas. cit.]

Therefore, appeal dismissed.   All concur.